CLAUDIA G. HERNANDEZ
24514 Little 3rd St.
San Bernardino, CA., 92410
TEL.: (909) 889-4269

FILED

2020 FEB 26   PM 12: 50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

In Propia Persona.

**UNITED STATES DISTRICT COURT,**

**CENTRAL DISTRICT OF CALIFORNIA.**

CLAUDIA G. HERNANDEZ,

Plaintiff,

v.

TACOS MEXICO, INC., a business, JOSE
GUADALUPE AYON, and DOES 1-10,
inclusive,

Defendants.

Case No.: EDCV20 - 00385 ODW

VERIFIED COMPLAINT FOR
VIOLATIONS OF TITLE VII OF THE
CIVIL RIGHTS ACT OF 1964.

Plaintiff alleges:

1. Defendant Tacos Mexico, Inc., is a business, form unknown, doing business in the county of San Bernardino, State of California.

2. Defendant Jose Guadalupe Ayon, was, and at all times herein mentioned is an individual with his principal place of residence located in the County of San Bernardino, State of California. Defendant Ayon was the employer of Plaintiff in that he was responsible for payment of Plaintiff's pay checks, as he was also the franchise owner of Tacos Mexico, Inc.

3. Plaintiff is informed and believes and based thereon alleges herein below a Cause of Action for violation of Title VII of the Civil Rights Act of 1964.

First Amended Complaint for Violations of Civil Rights -Hernandez

v. Tacos Mexico, Inc. - 1

CLAUDIA G. HERNANDEZ
24514 Little 3rd St.
San Bernardino, CA., 92410
TEL.: (909) 889-4269

4. Plaintiff Claudia G. Hernandez, was, and at all times herein mentioned is an individual with her principal place of residence located in the County of San Bernardino, State of California.

5. The wrongs alleged herein are in the County of San Bernardino, State of California. Venue of this action is properly brought before this Court.

6. Plaintiff is ignorant of the true names and capacities of Defendants sued in this Complaint as Does 1-10, inclusive, and therefore sues these Defendants by these fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and alleges on this information and belief that each of the fictitiously named Defendants is negligently responsible in some manner for the occurrences alleged in this Complaint, and that Plaintiff's injuries as alleged in this Complaint were proximately caused by that negligence.

7. At all times mentioned in this Complaint each of said Defendants was the agent and employee of each of the remaining said Defendants, and in doing the things alleged in this Complaint, was acting within the course and scope of this agency and employment.

I. **FIRST CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST DEFENDANTS FOR VIOLATIONS OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964.**

8. At all times hereinafter mentioned, each and all of the acts of the Defendants alleged herein were done by the Defendants under the color and pretense of the statutes, regulations, customs and usages of the State and under the authority of their offices as heretofore alleged herein.

///

First Amended Complaint for Violations of Civil Rights -Hernandez

v. Tacos Mexico, Inc. - 2

CLAUDIA G. HERNANDEZ
24514 Little 3rd St.
San Bernardino, CA., 92410
TEL.: (909) 889-4269

9. Plaintiff, who is female, was deprived of an interest protected by the Constitution and/or laws of the United States of America, and each and every Defendant caused, by commission or omission, such deprivation while acting under color of law.

10. All acts and/or omissions perpetrated by each Defendant were engaged in maliciously, callously, oppressively, wantonly, recklessly, with deliberate indifference to the rights already violated, despicably, with evil motive and/or intent, in disregard of the rights of the Plaintiff.

11. Plaintiff worked for Defendants Tacos Mexico, Inc., and Ayon, since about 2016.

12. In April 2018, Plaintiff was working, and the Defendant Ayon's brother dropped oil on the floor close to the register where the water is located, and Plaintiff almost fell with a bucket of water in her hands. As a result, Plaintiff suffered injury to her back, back muscles, and hips. Defendant Ayon then told her to see a doctor and give him the bill, so that "he can pay". He never did pay.

13. After that, Defendant Ayon first told Plaintiff when she was washing dishes that he got close to her and said that Plaintiff looked better, and her butt was getting bigger.

14. After that day, Plaintiff got very sick with fever, and chapped lips, and she told Defendant Ayon that she had to go home. He told me, "let's turn the fire off". The time was passing, and after he came to the job, he used to pass her by when there was only another person and Plaintiff. Several times, Defendant Ayon came and said there was water dropping in restrooms. Plaintiff got the bucket and mop, and when she got to the restroom, there was no water drop. Defendant Ayon went over to Plaintiff and kissed and hugged her. Then, when Plaintiff was sent to the fridge, Defendant Ayon came from behind and kissed and

First Amended Complaint for Violations of Civil Rights -Hernandez

v. Tacos Mexico, Inc. - 3

CLAUDIA G. HERNANDEZ
24514 Little 3rd St.
San Bernardino, CA., 92410
TEL.: (909) 889-4269

hugged her there. When they had to leave the job, Defendant Ayon also kissed and hugged Plaintiff there.

15. After that Defendant Ayon asked Plaintiff to have sex in the restroom with him. she told him no.

16. After that, the time passed in about late July 2018, and Defendant Ayon told Plaintiff that he was selling chairs and tables. He told Plaintiff to leave the job, and go to his house to give chairs and tables to somebody else. After several days, he pressured her to go see about jumpers, chairs. and tables to make her believe that. After that, Defendant Ayon gave Plaintiff a "bottle of water", and she didn't think the bottle was closed. He started to kiss and hug her. After that he opened the door from the restroom, and from his bedroom. He was chasing Plaintiff around his bed, and as soon as she got the opportunity, she fled from his house.

17. A month later, Defendant Ayon told Plaintiff to go back to his house, to go see the jumper he just bought in case she wanted to buy a jumper from him. After that, he gave Plaintiff another bottle of water, in the backyard patio, and they were talking. she drank the water, and when she remembered, she turned around, and looked at the room, and she felt nosey. Plaintiff found bite marks on her neck, and she felt wet "down there". When Plaintiff found that out, she pulled up her pants, and he left the house crying all the way to her house. ***PLAINTIFF WAS RAPED!***

18. After that, Plaintiff's husband started to get very sick; he went to the E. R. six times. Then, Plaintiff's father passed away. All these things happened to her. Plaintiff was the only one supporting her family, and paying for her dad's funeral. Plaintiff was feeling very bad, because she needed the job. In the meantime, Defendant Ayon was still hugging and kissing Plaintiff. Defendant

First Amended Complaint for Violations of Civil Rights -Hernandez

v. Tacos Mexico, Inc. - 4

CLAUDIA G. HERNANDEZ
24514 Little 3rd St.
San Bernardino, CA., 92410
TEL.: (909) 889-4269

Ayon said that if Plaintiff didn't continue to have sex with him, he'll fire her. If Plaintiff didn't have sex with Defendant Ayon, he was going to tell her husband. Plaintiff later went to the E. R. herself, and felt like dying for the stress Defendant Ayon was giving her on her job.

19. On Christmas Eve, 2018, Plaintiff worked with Defendant Ayon, and when they closed the restaurant, he told me that he wants to kiss and hug her, and she told him no. Defendant Ayon kept testing Plaintiff in the night, and he told her to leave her children and husband, and come to his house, and Plaintiff told him no. Another thing he liked to do a lot, he liked her to text that she love him, and then erase the texts. When Defendant Ayon called Plaintiff on the phone, he felt very excited when she was scared. Defendant Ayon wanted Plaintiff scared in the presence of her husband and kids.

20. By reason of Defendants' conduct, Plaintiff was deprived of rights, privileges, and immunities secured to her by the Constitution of the United States and the Constitution and laws of the State of California in that Plaintiff was deprived of her liberty and her freedom from personal harm. Defendants' conduct violates the Fifth Amendment, and the due process and equal protection clauses of the Fourteenth Amendment of the United States Constitution, and Article I, §14 of the California Constitution, and deprives said Plaintiff of rights under color of State law in violation of California Fair Employment and Housing Act.

21. On October 21, 2019, Plaintiff dual-filed a Complaint with the California Department of Fair Employment and Housing, and obtained a Right-to-Sue Letter for her FEHA Cause of Action.

22. Also on the same date, Plaintiff filed her Charge of Discrimination with the Equal Employment Opportunity Commission.

First Amended Complaint for Violations of Civil Rights -Hernandez

v. Tacos Mexico, Inc. - 5

CLAUDIA G. HERNANDEZ
24514 Little 3rd St.
San Bernardino, CA., 92410
TEL.: (909) 889-4269

23. On February 5, 2020, Plaintiff filed her Amended Charge of Discrimination with the Equal Employment Opportunity Commission.

24. On February 19, 2020, the Equal Employment Opportunity Commission give Plaintiff her right-to-sue letter. A copy of the Federal Complaint and Right-to-Sue Letter is attached as Exhibit "A", and incorporated herein by reference.

35. As a direct and proximate result of the wrongful acts of Defendants, Plaintiff was damaged. Plaintiff has been almost totally deprived of her liberty and her freedom from personal harm, and has and will have suffered humiliation, anxiety, and emotional and physical distress as well as possible future personal injuries that will continue on into the future, unless this Court intervenes.

36. Said Plaintiff further seeks compensatory damages for the humiliation, anxiety, physical distress and injuries that they have suffered and could suffer as a direct result of Defendants' wrongful acts as described herein, plus attorney's fees and costs.

37. The above recited acts of the individual Defendants in conspiring to deprive Plaintiff of his constitutionally protected rights were done with evil motive or intent, or with reckless or callous indifference to said Plaintiff's rights. Plaintiff therefore seeks punitive, exemplary, and constitutional damages in an amount according to proof against the Defendants.

WHEREFORE, Plaintiff prays for:

1. For general damages in an amount according to proof;

2. For special damages in an amount according to proof;

3. For punitive damages in an amount appropriate to punish Defendants for their wrongful conduct and set an example for others in an amount according to proof;

4. For restitution;

First Amended Complaint for Violations of Civil Rights -Hernandez

v. Tacos Mexico, Inc. - 6

CLAUDIA G. HERNANDEZ
24514 Little 3rd St.
San Bernardino, CA., 92410
TEL.: (909) 889-4269

5. For injunctive relief;

6. For reasonable attorney's fees, including and pursuant to Title 42 of the United States Code §1988(b);

7. That Plaintiffs be awarded his costs of suit herein; and

8. For such other and further relief as the court may deem just and proper.

Dated this 24th day of February, 2020

By: _____
CLAUDIA G. HERNANDEZ
24514 Little 3rd St.
San Bernardino, CA., 92410
TEL.: (909) 889-4269
In Propia Persona.

## DEMAND FOR JURY TRIAL.

Plaintiff Claudia G. Hernandez hereby demands a Jury Trial pursuant to the Seventh Amendment of the United States Constitution and Federal Rule of Civil Procedure 38.

Dated this 24th day of February, 20203

By: _____
CLAUDIA G. HERNANDEZ
24514 Little 3rd St.
San Bernardino, CA., 92410
TEL.: (909) 889-4269
In Propia Persona.

///

///

///

First Amended Complaint for Violations of Civil Rights -Hernandez

v. Tacos Mexico, Inc. - 7

CLAUDIA G. HERNANDEZ
24514 Little 3rd St.
San Bernardino, CA., 92410
TEL.: (909) 889-4269

## VERIFICATION.

I, Claudia G. Hernandez, declare that:

I am the Plaintiff in the above-entitled Complaint. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to matters therein stated on information and belief, and as to those matters, I believe it to be true.

Under the penalty of perjury, I declare that the foregoing is true and correct, and that this declaration was executed on February 24, 2020, at San Bernardino, California.

CLAUDIA G. HERNANDEZ,
Plaintiff.

First Amended Complaint for Violations of Civil Rights -Hernandez

v. Tacos Mexico, Inc. - 8

CLAUDIA G. HERNANDEZ
24514 Little 3rd St.
San Bernardino, CA., 92410
TEL.: (909) 889-4269

EEOC Form 161 (11/16)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# DISMISSAL AND NOTICE OF RIGHTS

To: **Claudia G. Hernandez**
**7816 Elmo St.**
**San Bernardino, CA 92410**

From: **Los Angeles District Office**
**255 E. Temple St. 4th Floor**
**Los Angeles, CA 90012**

| | *On behalf of person(s) aggrieved whose identity is* *CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **480-2019-03423** | **Yvonne Lozano,** **Investigator** | **(213) 894-1013** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

**Rosa M. Viramontes,**
**District Director**

2/19/20
*(Date Mailed)*

cc: **AYON TACOS MEXICO DBA TACOS MEXICO INC.**
**C/O: Jose Ayon Pedrosa, Owner**
**205 W. Base Line Street**
**San Bernardino, CA 92410**